NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1577, -1578

GUARDIAN MEDIA TECHNOLOGIES, LTD.,

Plaintiff-Appellant,

v.

COBY ELECTRONICS CORPORATION,

Defendant-Appellee,

and

NINTENDO OF AMERICA, INC.,

Defendant-Cross Appellant,

and

OVERSTOCK.COM, INC.,

Defendant-Appellee,

and

DELL, INC.,

Defendant-Appellee,

and

LITE-ON AMERICAS, INC. and LITE-ON SALES & DISTRIBUTION, INC.,

Defendants-Appellees,

and

SHERWOOD AMERICA, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in case no. 08-CV-8439, Judge Manuel L. Real.

<u>O R D E R</u>

Upon consideration of the joint motion to dismiss these appeals,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Any other pending motions are denied as moot.

(3)    Each side shall bear its own costs.

FOR THE COURT

DEC 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Sharon A. Israel, Esq.
       Robert M. Dato, Esq.
       Edward E. Casto, Jr., Esq.
       William S. Coats, Esq.
       Grant E. Kinsel, Esq.
       Christopher A. Shield, Esq.
s8

ISSUED AS A MANDATE:    DEC 1 8 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK

2009-1577, -1578                    -2-